**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **RALPH W. HUGHES and** | : | |
| **DOYLE CRAGER,** | : | |
| | : | |
| **PLAINTIFFS,** | : | **CIVIL ACTION NO. 2:09-CV-1718** |
| | : | |
| **VERSUS** | : | **JUDGE MINALDI** |
| | : | |
| **TRUNKLINE LNG COMPANY, LLC,** | : | **MAGISTRATE JUDGE KAY** |
| | : | |
| **DEFENDANT.** | : | |

**ORDER**

IT IS ORDERED that Jennifer L. Pomerantz be and is hereby admitted to the bar of this

Court pro hac vice on behalf of Defendant Trunkline LNG Company, LLC in the above

described action.

Lake Charles, Louisiana, this ___ day of May, 2010.

_____
U.S. Magistrate Judge Kay