UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| RALPH W. HUGHES and DOYLE CRAGER, | : |
| PLAINTIFFS, | : CIVIL ACTION NO. 2:09-CV-1718 |
| VERSUS | : JUDGE MINALDI |
| TRUNKLINE LNG COMPANY, LLC, | : MAGISTRATE JUDGE KAY |
| DEFENDANT. | : |

## ORDER

IT IS ORDERED that Joseph A. Piesco, Jr. be and is hereby admitted to the bar of this Court pro hac vice on behalf of Defendant Trunkline LNG Company, LLC in the above described action.

Lake Charles, Louisiana, this 19th day of May, 2010.

_____
U.S. Magistrate Judge Kay